IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Michael Anne Cahill - #208893 | No. C 14-80020 WHA<br><br>**ORDER OF SUSPENSION** |

    Because Michael Anne Cahill has failed to respond to the order to show cause, Mr. Cahill's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: April 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE